In the Matter of STATE OF NEW YORK, Respondent, v RICHARD TT., Appellant.

Decided October 22, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

STONEHILL CAPITAL MANAGEMENT, LLC, et al., Appellants, v BANK OF THE WEST, Respondent, et al., Defendant.

Submitted August 24, 2015; decided October 22, 2015

Motion by Loan Syndications and Trading Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of DELSENIOR STRACHAN, Appellant, v LINDA GILLIAM, Respondent. (Appeal No. 1.)

Submitted August 17, 2015; decided October 22, 2015

Motions for leave to appeal dismissed upon the ground that the proceedings and the motions have abated because of the death of the appellant.